**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

 VS               CASE NO.  3:00cr49-01/RV

RAMON MORA

**REFERRAL AND ORDER**

Referred to Senior Judge Roger Vinson on  March 6, 2006
Motion/Pleadings: Motion to eliminate enhancements and reduce sentence
Filed by   Defendant                        on 2/16/06            Doc.#      341
RESPONSES:
 United States                                on 2/27/06            Doc.#      342
                                              on                    Doc.#

_____ Stipulated     _____ Joint Pldg.
_____ Unopposed      _____ Consented

            WILLIAM M. McCOOL, CLERK OF COURT

               s/Jerry Marbut
LC (1 OR 2)       Deputy Clerk: Jerry Marbut

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this  8th   day of March  , 2006, that:*
*(a) The relief requested is DENIED for lack of jurisdiction.*
*(b)*

             /s/ *Roger Vinson*
             ***ROGER VINSON***
             ***Senior United States District Judge***